# EXHIBIT A



**NSU Hospitality**
4 Jefferson Plaza / Suite 301 / Poughkeepsie, NY 12601
(845) 452-3763 / submission@nsui.com / www.nsui.com

## Umbrella Application – For Limited Service and Middle Market Hotels

### SECTION I: Eligibility

**BUILDINGS / EXPOSURES:**

The following buildings/exposure are either *not eligible* or *eligible with restrictions:*

1. **NOT ELIGIBLE:**

   **A.** Buildings with armed security

   **B.** Buildings over 40 stories

   **C.** Buildings with aluminum wiring

   **D.** Bed & Breakfast, Mobile Homes, Trailers and RV Parks

   **E.** Buildings with government occupancies

   **F.** Vacant buildings for single location risks

   **G.** Any property with known building code violations

   **H.** Buildings with the following occupancies:

      **i.** Restaurants without Ansul systems (or equivalent)

      **ii.** Adult Entertainment, nightclubs, dance halls or comedy clubs

      **iii.** Gaming, gambling, casinos

      **iv.** Dormitories, hostels or student housing

      **v.** Subsidized rental housing

      **vi.** Senior housing

   **I.** Construction of new buildings or the gutting and structural renovations of existing buildings

   **J.** Hotels that allow rentals by the hour

   **K.** Room bathtub/showers without non-slip surface

   **L.** Risks that allow drivers under the age of 21 whether the insured supplies an owned or hired vehicle or allows employees under the age of 21 to drive their own vehicle to conduct the insured's business

   **M.** Excess Liquor Liability in the following States for owned restaurants or bars: AL, AK, DC, HI, IA,NH, PA, VT, WV

   **N.** Risks in bankruptcy or receivership

2. **ELIGIBLE WITH RESTRICTIONS:**

   **A.** The following risk transfer requirements must be required through a written contract for commercial tenants and 3rd party vendors or contractors performing work at an insured location:

      **i.** Insured is provided with certificates of insurance as proof of liability insurance with minimum underlying limits of $1 million occurrence / personal injury and advertising injury and $2 million general / products completed ops aggregate

      **ii.** Insured is added as Additional Insured and held harmless by all applicable parties

      **iii.** Insured is indemnified for the acts of said tenants, vendors, or contractors

> **NSU Hospitality, Inc. has designed a new style of application.**
>
> It is designed to be user friendly and easy to complete. Section I, is presented first to quickly eliminate risks that do not qualify for our program. Sections III, V, and VI collect the information needed to rate and quote your risk. Combine this easy to complete application with quick quote turnaround and 24 hour electronic policy issuance…
> *Why go anywhere else?*

**B.** Par 3 golf courses (if owned and / or managed by the insured). Any other type is not eligible

**C.** Vacant land – must be fenced if within city limits or if outside city limits, posted no hunting, no trespassing and no parking

**D.** Valet Parking: drivers must be at least 21 years or older with acceptable MVR's

☒ **By checking this box I acknowledge that I have read items 1 and 2 above and agree that all locations comply**

**AMENITIES -** The following amenities are either *not eligible* or *eligible with restrictions:*

**3. NOT ELIGIBLE:**

**A.** Anything to do with aircraft (hired, leased or owned), airports, or landing strips

**B.** Saddle animals and / or equestrian trails

**C.** Ski trails

**D.** Amusement devices, such as any mechanical or non-mechanical ride, slide, inflatable, jump house, bungee or climbing apparatus or similar device

**E.** Sponsored athletic events, or events hosted by insured on-site

**F.** Risk with tanning beds

**G.** Child care, camp programs or babysitting services

**H.** Marinas and docks

**I.** Fireworks / Pyrotechnics

**J.** Boating and fishing

**K.** Equipment rentals

**L.** Beauty care services  or spa ( if owned and / or managed by the insured)

**M.** Bath houses

**4. ELIGIBLE WITH RESTRICTIONS:**

**A.** Pools / Hot tubs / Jacuzzis / Whirlpools

   **i.** Indoor or rooftop pools must be fully enclosed with card key access, self-locking door and locked after hours

   **ii.** Outdoor pools must be fully enclosed and have self-closing and locking gates and locked after hours

   **iii.** No diving boards or lazy rivers. No pools that are open to the public or to employees

   **iv.** Design and operation comply with the Virginia Graeme Baker Pool & Spa Safety Act Federal Law

   **v.** Depth markers must be clearly visible on top and edge of pools

   **vi.** Safety equipment must be available and in clear view

   **vii.** Rules are posted in a clearly visible manner

   **viii.** Chemicals are checked on a regularly scheduled basis

☒ **By checking this box I acknowledge that I have read items 3 and 4 above and agree that all locations comply**

**5. LIFE SAFETY –** We require at least the following to alert people in the event of a fire and to help them exit:

**Buildings 1 to 3 stories**
- Smoke detectors (hard wired or battery operated) in all common areas and inside rooms, with a battery maintenance program in place as needed
- Two means of egress from each floor properly marked (not required on 1 or 2 story buildings when individual rooms provide direct outside egress)
- Manual pull alarms with audible alarm device (not required on buildings with direct outside access)

**Buildings 4 to 7 stories**
- Frame construction requires building to be fully sprinklered by a system that is connected to a recognized central station facility or a station that is monitored 24 hours a day
- Smoke detectors (hard wired or battery operated) in all common areas and inside rooms, with a battery maintenance program in place as needed
- Two means of egress from each floor properly marked
- Manual pull alarms with audible alarm device

**Buildings 8 or more stories**
- Must be either fire resistive or noncombustible (including masonry noncombustible) in construction
- Smoke detectors (hard wired or battery operated) in all common areas and inside rooms, with a battery maintenance program in place as needed.
- Two means of egress from each floor properly marked
- Manual pull alarm system with audible and visual alarm devices
- Alarms must transmit automatically to a central station, fire or police department or to a 24 hour doorman / watchman
- Must have at least two (2) fire towers with U.L. Class B fire doors. Interior stairwells must be completely enclosed
- Emergency lighting in all stairs and common areas
- Illuminated exit signs
- Must have a standpipe

☒ **By checking this box I acknowledge that I have read item 5 above and agree that all locations comply**

## 6. PRIOR LOSS HISTORY

**A.** Have there been any incurred liability losses in excess of $250,000 under any primary liability policy in the past 3 years?  ☐ Yes  ☒ No

**B.** Have there been any aggregate liability losses in excess of $300,000 at any one location in any one policy year?  ☐ Yes  ☒ No

**C.** Have there been 5 or more incurred losses at any one location in a single year in the past 3 years?  ☐ Yes  ☒ No

**D.** Have there been any incidents involving the following:  ☐ Yes  ☒ No
   i. Death
   ii. Brain Damage
   iii. Burns over 50% of the body or other substantial disfigurement of the body
   iv. Spinal cord injury involving any degree of paralysis
   v. Any injury to a minor child
   vi. Any assault, robbery or violent acts of any kind
   vii. Any Liquor legal liability related claims

If you answered **Yes** to any of the above questions, provide 5 years currently valued hard copy loss runs.

## 7. UNDERLYING CARRIER INFORMATION

We require that all underlying insurance for which you want the umbrella to provide coverage, meet the following minimum requirements. Listed below are the only coverages that qualify as underlying insurance. In addition, coverage for defense costs on the underlying must be in addition to the limits of liability except as respects claims made employee benefits liability.

| | | |
|---|---|---|
| Commercial general liability (CGL) | $1,000,000 | Per occurrence |
| | $2,000,000 | General aggregate per location |
| | $1,000,000 | Personal & advertising injury |
| | Included | Products / Completed operations aggregate |
| Commercial auto liability (including owned and non-owned & hired auto) | $1,000,000 | Combined single limit |
| Employee benefits liability | $1,000,000 | Per claim / occurrence |
| | $1,000,000 | Aggregate |
| Employer's liability: | $500,000 | Each accident |
| | $500,000 | Each policy - Disease |
| | $500,000 | Each employee - Disease |
| Liquor law legal liability (excess coverage not available in  AL, AK, DC, HI, IA,NH, PA, VT, WV) | $1,000,000 | Each claim |
| | $1,000,000 | Aggregate |
| Garagekeepers legal liability (legal liability basis only; no direct primary) | $1,000,000 | Each Loss |
| | $1,000,000 | Aggregate |

All primary insurers must have an AM Best rating of A-VI or better except for employers liability carriers which must be rated B++ VI or better by AM Best.

☒   **By checking this box I acknowledge that I have read the above and agree that all primary insurance either currently comply or will be placed and / or amended to be in compliance with the underlying requirements prior to binding the Umbrella insurance.**

## SECTION II: Broker Details

BROKERAGE NAME:

Insurance Office of America

ADDRESS:

2839 Paces Ferry Rd, Suite 1200

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| Atlanta | GA | 30339 |

| PHONE: | CONTACT NAME: |
|---|---|
| 770-250-0219 | Melissa Sheker |

CONTACT E-MAIL:

Melissa.Sheker@ioausa.com

## SECTION III: Policy Details – Insured

| EFFECTIVE DATE: | EXPIRATION DATE: |
|---|---|
| 11-26-2015 | 11-26-2016 |

### Policy limit requested:

| | | | | | |
|---|---|---|---|---|---|
| ☐ **$5,000,000** | ☐ **$10,000,000** | ☐ **$15,000,000** | ☒ **$25,000,000** | ☐ **$50,000,000** | ☐ **$100,000,000** |

## SECTION IV: Insured Information

| NAME OF INSURED: | YEARS IN HOTEL BUSINESS: |
|---|---|
| Global Management and Investment Corporation | 15+ |

NAME OF BUSINESS (DBA):

MAILING ADDRESS:
285 Country Club Drive, Suite 100

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| Stockbridge | GA | 30281 |

## SECTION V: Location Information – Complete here if risk has 1-4 locations

Does this risk have more than 4 locations? If yes, we will accept either a Statement of Values or the completion of Section V for each location.
Choose one option:

☐ No, this risk has 4 or fewer locations

☒ Yes, this risk has more than 4 locations and I choose to attach an SOV. Complete SOV Supplemental
Download Ctrl+Click to Open

☐ Yes, this risk has more than 4 locations and I choose to complete Section V for each location. Complete Multi Location Supplemental
Download Ctrl+Click to Open

| Exposure | Location #1 | Location #2 | Location #3 | Location #4 |
|---|---|---|---|---|
| Address: | _____ | _____ | _____ | _____ |
| City: | _____ | _____ | _____ | _____ |
| State: | _____ | _____ | _____ | _____ |
| Zip Code: | _____ | _____ | _____ | _____ |
| Name of Hotel / Named Insured (if other than Lead Named Insured): | _____ | _____ | _____ | _____ |
| Units: | _____ | _____ | _____ | _____ |
| Stories: | _____ | _____ | _____ | _____ |
| Sq.ft. of building: | _____ | _____ | _____ | _____ |
| Sq. ft. of LRO space: | _____ | _____ | _____ | _____ |
| Construction type: | | | | |
| Year built: | _____ | _____ | _____ | _____ |
| Sprinkler type: (Partial / Fully / None) | | | | |
| Smoke detector: (Battery / Hardwired) | | | | |
| Fire Alarm Type: (Central Station / Local / None) | | | | |
| Egress: (Interior/Exterior) | | | | |
| Manual pull alarms with audible alert | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |
| Occupancy description: | _____ | _____ | _____ | _____ |
| Do you have any pools? If yes, # of pools (See Section I4a): | ☐ Yes  ☐ No _____ | ☐ Yes  ☐ No _____ | ☐ Yes  ☐ No _____ | ☐ Yes  ☐ No _____ |
| Room Receipts - Annual: | $_____ | $_____ | $_____ | $_____ |
| Food Receipts - Annual: | $_____ | $_____ | $_____ | $_____ |
| Liquor Receipts - Annual: | $_____ | $_____ | $_____ | $_____ |
| Is there a safety & maintenance plan in place? | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No | ☐ Yes  ☐ No |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Are any rooms rented for 30 consecutive days? If yes, describe the type of stays: | ☐ Yes   ☐ No _____ | ☐ Yes   ☐ No _____ | ☐ Yes   ☐ No _____ | ☐ Yes   ☐ No _____ |
| Vacant Land: (See Section I-2C)  # of Acres:  If yes, is there any ongoing or planned construction or development? | ☐ Yes   ☐ No _____ _____ | ☐ Yes   ☐ No _____ _____ | ☐ Yes   ☐ No _____ _____ | ☐ Yes   ☐ No _____ _____ |
| Do you offer valet parking? If yes, # of parking spaces: | ☐ Yes   ☐ No _____ | ☐ Yes   ☐ No _____ | ☐ Yes   ☐ No _____ | ☐ Yes   ☐ No _____ |
| Is there a manager's reception offering complimentary beer or wine to guests? | ☐ Yes   ☐ No | ☐ Yes   ☐ No | ☐ Yes   ☐ No | ☐ Yes   ☐ No |

## SECTION VI: Exposures
**Does the applicant have any of the following exposures?**

| | | Yes | No |
|---|---|---|---|
| Any owned or leased vehicles? If yes, complete auto supplemental | Download ⬇ Ctrl+Click to Open | ☒ Yes | ☐ No |
| Playground equipment? If yes, complete the playground supplemental | Download ⬇ Ctrl+Click to Open | ☐ Yes | ☒ No |
| Any owned, operated, or leased out restaurants, bars or lounges? If yes, complete the restaurant supplemental | Download ⬇ Ctrl+Click to Open | ☐ Yes | ☒ No |
| Any waterslide activities? If yes, complete the waterslide supplemental | Download ⬇ Ctrl+Click to Open | ☐ Yes | ☒ No |
| Any locations with a deck that extends over salt water? | Download ⬇ Ctrl+Click to Open | ☐ Yes | ☒ No |
| NY RISKS ONLY – Would you like the quote to include follow form bodily injury coverage for lead paint? If yes, complete the lead supplemental | Download ⬇ Ctrl+Click to Open | ☐ Yes | ☐ No |

**If you have trouble downloading the supplemental application, please copy and paste the following link in your browser to download our supplemental application.**

http://www.nsui.com/wp-content/uploads/2013/07/Supplemental-Application-3.0.doc

http://www.nsui.com/wp-content/uploads/2013/12/Lead-Supplemental.doc

http://www.nsui.com/wp-content/uploads/2015/08/NSU-Deck-Supplemental.doc

## SECTION VII: Signature

Any person, who knowingly and with intent to defraud an insurance company or other person, files this application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent act, which is a crime, and may subject such person to criminal and civil penalties.

☒ **By checking this box I agree that I have read this entire application and have, or will have reviewed the restriction herein with my client prior to binding coverage.**

| BROKER SIGNATURE: *Melissa J Shreve* | DATE: 11-6-15 |
|---|---|

# DISTINGUISHED.
## PROGRAMS

4 Jefferson Plaza, Suite 301 / Poughkeepsie, NY 12601
(845) 452-3763 / submission@nsui.com / www.distinguished.com

## Umbrella Supplemental Application Section – For Limited Service and Middle Market Hotels

### SECTION I: Broker Details

BROKERAGE NAME:
Insurance Office of America

| CONTACT NAME: | CONTACT EMAIL: |
|---|---|
| Melissa Sheker | Melissa.Sheker@ioausa.com |

### SECTION II: Insured Information

NAME INSURED:
Global Management & Investment Corp

**INSTRUCTIONS: Please complete the appropriate supplemental section for your risk, then go to the last page and complete the signature section.**

### Restaurant / Bar Supplemental Application

LOCATION NAME & ADDRESS:

Restaurant / Bar / Lounge Owned & Operated: ☐          Lessors Risk Only (LRO): ☐

1. The insured must meet the following criteria to be eligible for restaurant coverage under the umbrella liability policy:

   - Restaurant or bar / lounge located on the 3rd floor or higher or below the ground must be fully sprinklered
   - Cooking facilities must meet all applicable fire / safety codes with an Ansul (or equivalent) system in place
   - Fire suppression system must be serviced annually

2. The insured must meet the following criteria to be eligible for liquor liability coverage under the umbrella liability policy:

   - Excess coverage is not available in AL, AK, DC, HI, IA, NH, PA, VT or WV
   - Liquor servers must be trained in TIPS or a similar program
   - A valid State or Governmental Identification is required by patrons in order to purchase liquor
   - Risk must have a liquor liability policy with a minimum of $1,000,000 / $1,000,000 limit
     i. Defense must be outside the limit
     ii. Carrier rating must satisfy standard program rating guidelines of AM Best A- VI or better
     iii. Policy cannot be part of the underlying General Liability coverage unless liquor has its own separate unimpeded limit

3. If the restaurant or lounge is leased, please provide a certificate of insurance from the owners policy evidencing the hotel / motel has been added as an additional insured, with minimum limits of $1,000,000 per occurrence

☐ **By checking this box, I acknowledge that I have read the above and agree that this risk complies.**

☐ **By checking this box, I acknowledge that I have read the above and I would like to continue with liquor coverage EXCLUDED from the Umbrella. Assault and battery coverage will also be excluded.**

☒ **N / A**

| 4. Hour of operations      From: _____  To: _____ | | |
|---|---|---|
| 5. Is entertainment provided?<br>If yes, please describe: _____ | ☐ Yes | ☐ No |
| 6. Is liquor served? | ☐ Yes | ☐ No |
| 7. Have there been any liquor liability claims in the past 5 years?<br>If yes, please provide 5 year currently valued hard copy loss runs and details of the claim(s):<br>_____ | ☐ Yes | ☐ No |
| 8. Has the insured or 3rd party vendor's restaurant or liquor license been revoked or suspended in the past 5 years?<br>If yes, please describe: _____ | ☐ Yes | ☐ No |
| 9. Does the hotel implement HACCP or other similar food safety programs? | ☐ Yes | ☐ No |
| 10. Has the hotel had an actionable FDA inspection violation in the past 5 years?<br>If yes, please describe: _____ | ☐ Yes | ☐ No |

## Waterslide Supplemental Application

1. The insured must meet the following criteria to be eligible for coverage of the waterslide under the umbrella liability policy:

   - Attendant is located at top and bottom of each slide, restricting guests from operating slide until previous guest is clear; only one person at a time allowed on the slide

   - No head-first sliding allowed

   - Slide hours and rules for use must be conspicuously posted (Rules must restrict wearing of jewelry on slide)

   - Children under age 13 must be accompanied by a parent/guardian

☐ **By checking this box, I acknowledge that I have read the above and agree that this risk complies**

☒ **N / A**

## Playground Equipment Supplemental Application

1. The insured must meet the following criteria to be eligible for coverage of the playground under the umbrella liability policy:

   - No playground with solid surfaces (i.e. cement, asphalt or packed dirt). A modified / soft surface is required (i.e. wood / rubber chips, sand or pea gravel)

   - Playground equipment not to exceed 8 feet in height

   - Playground equipment maintenance plan must be in place

2. Provide a picture of the playground equipment

☐ **By checking this box, I acknowledge that I have read the above and agree that this risk complies**

☒ **N / A**

## Automobile Supplemental Application

1.   The insured must meet the following criteria to be eligible for auto coverage under the umbrella liability policy:

- No drivers less than 21 years of age driving the insured's owned or non-owned vehicles.
- Risk does not allow use of any owned or hired automobiles that are supplied to them or other employees to anyone except the person's family members that are 21 years old or older
- No commercial vehicles with roundtrip operations of more than 100 miles
- For all operations of owned or leased automobiles:

   A.   The insured must verify for all new drivers, that the MVR's contain no serious violations over the past three years

   B.   The insured must verify annually that the MVR's contain no serious violations over the past three years

   We consider the following serious violations:

   i.   More than three at-fault accidents and / or moving violations

   ii.   Driving while under the influence

   iii.   Reckless operation

   iv.   Manslaughter, negligent homicide or other felony

   v.   Leaving the scene of an accident

   vi.   Drag racing

   vii.   Fleeing or eluding an officer

   viii.   License suspension for moving violations

☒   **By checking this box, I acknowledge that I have read the above and agree that this risk complies**

☐   **By checking this box, I acknowledge that I have read the above and I would like to continue with auto coverage EXCLUDED from the Umbrella.**

☐   **N / A – Hired & Non-owned Auto Liability only**

2.   Please enter the number of autos in the column that applies to capacity for that auto type:

| Type | # of Autos | Radius of use | Garage Location |
|---|---|---|---|
| Private passenger | | | |
| Light maintenance  ( 0-10,000 lbs. GVW ) | | | |
| Medium maintenance  (10,001- 20,000 lbs. GVW) | | | |
| Heavy maintenance  (20,001 lbs. over) | | | |
| Shuttle / Livery (<=8 passengers) | 6 | 25 | ███████████████████ |
| Shuttle / Livery (9 <= 14 passengers) | | | |
| Shuttle / Livery (15 <= 20 passengers) | | | |
| Bus (>21 passengers or more) | | | |
| Limousine | | | |
| Other: | | | |

3. Please mark if any vehicles are garaged in the following states:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Louisiana | ☐ | Florida | ☒ | Vermont | ☐ |
| West Virginia | ☐ | New Hampshire | ☐ | | |

4. Shuttle Vehicles:    Average weekly miles: <u>100</u>    Average passengers / trip: <u>2-3</u>

5. Is there a vehicle safety and maintenance program in place for shuttle vehicles?    ☒ Yes    ☐ No

## SOV Supplemental - For risks with more than 4 locations when <u>including</u> an SOV

| | | |
|---|---|---|
| 1. Is there a safety & maintenance plan in place at all locations? | ☒ Yes | ☐ No |
| 2. Are any rooms rented for 30 consecutive days or longer?<br>If so, which locations? _____ | ☐ Yes | ☒ No |
| 3. Do you offer valet parking?<br>If so, which locations? _____<br>How many spaces? _____ | ☐ Yes | ☒ No |
| 4. Is there a manager's reception offering complimentary beer or wine to guests?<br>If so, which locations? _____ | ☐ Yes | ☒ No |

## Multi Location Supplemental - For risks with more than 4 locations when <u>not</u> including an SOV

| Exposure | Location # _____ | Location # _____ | Location # _____ | Location # _____ |
|---|---|---|---|---|
| Address: | _____ | _____ | _____ | _____ |
| City: | _____ | _____ | _____ | _____ |
| State: | _____ | _____ | _____ | _____ |
| Zip Code: | _____ | _____ | _____ | _____ |
| Name of Hotel / Named Insured (if other than Lead Named Insured): | _____ | _____ | _____ | _____ |
| Units: | _____ | _____ | _____ | _____ |
| Stories: | _____ | _____ | _____ | _____ |
| Sq.ft. of building | _____ | _____ | _____ | _____ |
| Sq. ft. of LRO space: | _____ | _____ | _____ | _____ |
| Construction type: | | | | |
| Year built: | _____ | _____ | _____ | _____ |
| Sprinkler type:<br>(Partial / Full / None) | | | | |
| Smoke detector:<br>(Battery / Hardwired) | | | | |
| Fire Alarm Type:<br>(Central Station / Local / None) | | | | |
| Egress:<br>(Interior / Exterior) | | | | |
| Manual pull alarms with audible alert | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Occupancy description | _____ | _____ | _____ | _____ |
| Do you have any pools?<br>If yes, # of pools<br>(See Section I4a): | ☐ Yes ☐ No<br>_____ | ☐ Yes ☐ No<br>_____ | ☐ Yes ☐ No<br>_____ | ☐ Yes ☐ No<br>_____ |
| Room Receipts - Annual: | $_____ | $_____ | $_____ | $_____ |
| Food Receipts - Annual: | $_____ | $_____ | $_____ | $_____ |

| Liquor Receipts - Annual: | $_____ | | $_____ | | $_____ | | $_____ | |
|---|---|---|---|---|---|---|---|---|
| Is there a safety & maintenance plan in place? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |
| Are any rooms rented for 30 consecutive days? If yes, describe the type of stay: | ☐ Yes _____ | ☐ No | ☐ Yes _____ | ☐ No | ☐ Yes _____ | ☐ No | ☐ Yes _____ | ☐ No |
| Vacant Land: (See Section I-2C of Umbrella application)  # of Acres: If yes, is there any ongoing or planned construction or development? | ☐ Yes _____ _____ | ☐ No | ☐ Yes _____ _____ | ☐ No | ☐ Yes _____ _____ | ☐ No | ☐ Yes _____ _____ | ☐ No |
| Do you offer valet parking? If yes, # of parking spaces: | ☐ Yes _____ | ☐ No | ☐ Yes _____ | ☐ No | ☐ Yes _____ | ☐ No | ☐ Yes _____ | ☐ No |
| Is there a manager's reception offering complimentary beer or wine to guests? | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No | ☐ Yes | ☐ No |

## SECTION III: Signature

Any person, who knowingly and with intent to defraud an insurance company or other person, files this application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent act, which is a crime, and may subject such person to criminal and civil penalties.

☒ **By checking this box I agree that I have read this entire application and have, or will have reviewed the restriction herein with my client prior to binding coverage.**

| BROKER SIGNATURE: *Melissa J Sheeve* | DATE: 11-6-15 |
|---|---|

**NAMED INSURED: Global Management & Investment**

Mailing Address:  285 Country Club Dr. Stockbridge Ga

| Entity | Location | Address | City |
|---|---|---|---|
| ███████████ | █████████████ | ██████████ | ████ |
| ████████████ | ███████████ | ████████ | ████ |
| ███████████████ | ███████████ | █████████████ | █████ |
| ████████████████ | ██████████████████ | ████████████ | ████ |
| ██████████████ | █████████ | ████████████ | ██████ |
| ████████████ | ███████ | ████████████ | █████ |
| ██████████ | █████ | ██████████████ | ████ |
| █████████ | █████ | ██████████████ | ████ |
| ███████████ | █████████ | ████████████ | █████ |
| █████████ | ████████ | ██████████████ | ████ |
| ███████████ | █████████ | ████████████ | █████ |
| █████████ | ██████████ | █████████████ | ██████ |
| ███████████████ | █████████████ | ████████████ | ████ |
| ██████████████ | ███████████████████ | █████████████ | ██████ |
| █████████████████████ | █████████████████ | ████████████ | ████ |
| ████████████████ | █████████████████ | ██████████████ | ████ |
| ████████████ | ████████████████████ | █████████████ | █████ |
| ████████████ | █████ | ████████████████████████ | ██████ |
| ███████████ | █████████████ | ████████ | ███ |
| █████████ | ████████████████ | ██████████ | █████ |
| ████████████ | ██████████ | █████████████ | █████ |
| ██████████████ | ████████ | █████████████ | █████ |
| Shiv Global Hotel, LLC | Knights Inn | 2859 Panola Rd | Lithonia |
| ██████████ | ██████████ | ████████ | ████ |
| ████████████████ | ██████████ | ████████████ | ████ |
| ███████████████████ | ██████████████ | ████████████ | ██████ |
| ████████████████ | █████████████████ | █████████████████ | █████ |
| █████████████████ | █████████████████ | █████████████████ | ██████ |
| █████████████████ | █████████████████ | ████████████ | █████ |
| ███████████████ | █████████████████ | ████████ | ██████ |

| ████████████ | █████████████████ | ████████████████ | ████████████ |
|---|---|---|---|

| ████████████ | ████████████████ | ██████████ | ████ |
|---|---|---|---|
| ██████████ | ████████████ | ██████████████ | ████ |
| ████████████████ | ████████████ | ██████████████ | ████ |
| ██████████ | ██████████████ | ████████ | ██ |
| ████████████ | ██████████ | ██████████ | ██ |
| ██████████ | ████████████████████████ | | ██ |
| ██████████ | █████████████████████████████ | | ██ |
| | ██████████████ | ██████████ | ██ |

| State | Zip Code | Building | Tennant Improvement And Betterments | Contents | Business Income | Room Revenue |
|---|---|---|---|---|---|---|
| ██ | ██ | ██ ███████ | ███ | ███████ | ███████ | ██████ |
| ██ | ██ | ██ ███████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ███████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ███████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ███ | ███ | █████ | ██ | █ |
| ██ | ██ | ██ ██████ | ███ | ██ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | █████ |
| ██ | ██ | ██ ██████ | ███ | █████ | █████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | █████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | █████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | █████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | █████ | ████ |
| Ga | 30058 | $ 4,500,000 | $ - | $ 500,000 | $ 700,000 | $ 1,000,000 |
| ██ | ██ | ██ █████ | ███ | █████ | ██████ | ███ |
| ██ | ██ | ██ █████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ █████ | ███ | █████ | ██████ | ████ |
| ██ | ██ | ██ █████ | █ | █ | █████ | ██████ | ████ |
| ██ | ██ | ██ █████ | █ | █ | █████ | ██████ | ████ |
| ██ | ██ | ██ █████ | █ | █ | █████ | ██████ | ████ |
| ██ | ██ | ██ ██████ | ███ | █████ | ██████ | ████ |

| ██████ | | █████ | ██████ | █████ |
|---|---|---|---|---|

| ██████ | **Total Blanket Limit** |
|---|---|

| ██ | ██ | ██ ████████ | ███ | ██████ | ████████ | █████ |
|---|---|---|---|---|---|---|

| | | | | | | | Enter the Most Recent Renovation Year | | | | |
| Restaurant Revenue | Liquor Revenue | # of Bldgs | # of Floors | # of Units | Total Bldg Square Footage | Year Built | Gut Rehab: Year | Roof Rehab: Year | HVAC Rehab: Year | Plumb Rehab: Year | Elect. Rehab: Year |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ |
| $ - | $ - | 1 | 3 | 120 | 50,000 | 1988 | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | |

F = Frame

JM = Joisted Masonry

NC = Non-Combustible

| MNC = Masonry Non-combustible | F = full | Hard Wire | Halls |
| MFR = Modified Fire Resistive | P = partial | Battery | Stairs |
| Fr = Fire Resistive | N = none | Both | Both |

| Construction | Protect Class | Identify Type of Sprinklers | Identify Type of Smoke Det | Emerg. Lighting (Where) | # of Pools | Interior Exterior |
|---|---|---|---|---|---|---|
| ███ | █ | ███ | ███ | ███ | █ | ███ |
| ███ | █ | ███ | ███ | ███ | █ | ███ |
| ████ | █ | ███ | ███ | ███ | █ | ████ |
| ████ | █ | ███ | ███ | ███ | █ | ████ |
| ████ | █ | ████ | ███ | ███ | █ | ██ |
| ████ | █ | ████ | ███ | ███ | █ | ██ |
| ██████████ | █ | ████ | ███ | ███ | █ | ████ |
| ██████████ | █ | ████ | ███ | ███ | █ | ████ |
| ████ | █ | ████ | ███ | ███ | █ | ████ |
| ████ | █ | ████ | ███ | ███ | █ | ████ |
| ████ | █ | ████ | ███ | ███ | █ | ████ |
| ████ | █ | ████ | ███ | ███ | █ | ████ |
| ██████████ | █ | ███ | ███ | ███ | █ | ████ |
| ██████ | █ | ███ | ███ | ███ | █ | ████ |
| ██████████ | █ | ███ | ███ | ███ | █ | ████ |
| ██████ | █ | ███ | ███ | ███ | █ | ████ |
| ██████ | █ | ███ | ███ | ███ | █ | ████ |
| ███ | █ | ███ | ███ | ███ | █ | ████ |
| ███ | █ | ███ | ███ | ███ | █ | ████ |
| ████████ | █ | ████ | ████ | ███ | █ | ████ |
| ███ | █ | ████ | ███ | ███ | █ | ████ |
| ███ | █ | ███ | ███ | ███ | █ | ████ |
| MNC | 3 | None | Both | Both | 1 | Exterior |
| ███ | █ | ████ | ███ | ███ | █ | ████ |
| ███ | █ | ███ | ███ | ███ | █ | ████ |
| ███ | █ | ████ | ███ | ███ | █ | ████ |
| ████████ | █ | ███ | ███ | ███ | █ | ████ |
| ████████ | █ | ███ | ███ | ███ | █ | ████ |
| ███ | █ | ███ | ███ | ███ | █ | ████ |
| ███ | █ | ███ | ███ | ███ | █ | ████ |
| ██████ | █ | ███ | ███ | ███ | █ | ████ |

| ██ | ▌ | ██ | ██ | ██ | ▌ | ███ |
| ███ | ▌ | ██ | ██ | ██ | ▌ | ███ |
| ███ | ▌ | ██ | ██ | ██ | ▌ | ███ |
| ██ | ▌ | ██ | ██ | ██ | ▌ | ███ |
| ██ | ▌ | ██ | ██ | ██ | ▌ | ███ |
| ████ | ▌ | ██ | ████ | ██ | ▌ | ███ |
| ████ | ▌ | ██ | ████ | ██ | ▌ | ███ |
| ██ | ▌ | ██ | ██ | ██ | ▌ | ███ |

| Date Added |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| | |
|---|---|
| ████████████ | |
| ████████████ | |
| ███████████ | |
| ███████████ | |
| ████████████ | |
| ███████████ | |
| ██████████ | |
| ██████████ | |