# EXHIBIT C

## DEKALB COUNTY POLICE DEPARTMENT
## GA0440200
### INCIDENT REPORT

Case #:
14-093671

**EVENT**

| Incident Type: | Counts | Incident Code | Offense Jurisdiction | Arrest Jurisdiction |
|---|---|---|---|---|
| 16-5-1 (0911) MURDER - GUN 16-5-1 | 2 | 0911 | COUNTY | |

| Premise Type: | Weapon Type: | Forcible: | Stranger To Stranger: | Hate Motivated: | Loc Code: |
|---|---|---|---|---|---|
| KNIGHTS INN | 01 | Y | U | ☐ | 452 |

| Date Report: | Incident Start: | Incident End: | Incident Location: |
|---|---|---|---|
| 9/15/2014 12:26:00 PM | 9/15/2014 12:26:00 PM | 9/15/2014 1:39:00 PM | 2859 PANOLA RD 312 LITHONIA GA |

**VICTIM**

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| DUMAS, NATHANIEL ONEAL | | 07-19-1980 | 34 | M | B | N |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| 463 MOUNT VISTA RD STONE MOUNTAIN GA 3008 | 770-413-2208 | | | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | | 601 | 180 | | | SHORT | | 048542571 | GA |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|
| | | | |

| Victim Type: | | Yes No | If Yes, Name of Victim's School | LEOKA Activity Type: | LEOKA Assignment Type: |
|---|---|---|---|---|---|
| Individual | Student: | ☐ ☑ | | | |

Injuries: ☐ None  ☐ Minor  ☐ Internal  ☐ Teeth  ☐ Unconscious  ☐ Lacerations  ☐ Bones  ☑ Other        Used: ☐ Drugs  ☐ Alcohol  ☐ Computer

SMTs:

| Relationship To Offenders: | (1) RELATIONSHIP UN | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Offenses Involved: | (1) 1314 | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

**OFFENDER**

| Name: | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Address: | Home Phone: | Work Phone: | Cell Phone: | Email: |
|---|---|---|---|---|
| | | | | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|
| | | | |

SMTs:

Offenses Involved:
(1) _____ (2) _____
(3) _____ (4) _____
(5) _____ (6) _____
(7) _____ (8) _____
(9) _____ (10) _____

| WANTED: ☐ | WARRANT: ☐ | ARREST: ☐ | SUSPECT ARMED: | WEAPON: | Used: ☐ Drugs ☐ Alcohol ☐ Computer |
|---|---|---|---|---|---|

TOTAL NUMBER ARRESTED: 0    ARREST AT OR NEAR OFFENSE SCENE: Yes: ☐    No: ●

**PROPERTY**

| | VEHICLES | CURRENCY, NOTES, ETC | JEWELRY, PREC. METALS | FURS |
|---|---|---|---|---|
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC | HOUSEHOLD GOODS |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL |
| STOLEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| RECOVERED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**ADM.**

GCIC ENTRY    ☐ WARRANT    ☐ MISSING PERSONS    ☐ VEHICLE    ☐ ARTICLE    ☐ BOAT    ☐ GUN    ☐ SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER    ☐ YES  ● NO

☐ 1 - Amphetamine    ☐ 2 - Barbiturate    ☐ 3 - Cocaine    ☐ 4 - Hallucinogen    ☐ 5 - Heroin
☐ 6 - Marijuana    ☐ 7 - Methamphetamine    ☐ 8 - Opium    ☐ 9 - Synthetic Narcotic    ☐ U - Unknown

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT    ☐ CLEARED BY ARREST    ☐ EXCEPTIONALLY CLEARED    ☐ UNFOUNDED    DATE OF CLEARANCE    ☐ ADULT    ☐ JUVENILE

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| M S BAILEY | 3010 | | |

Plaintiff's Production 001291

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>ADDITIONAL VICTIMS | Case #:<br>14-093671 |
|---|---|

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| SMITH, MARQUITA | MARQUITA SM | 07-17-1983 | 31 | F | B | |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| 6263 CREEKFORD Lane   LITHONIA GA 30058 | | | | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | | 500 | 170 | BROWN | | | | UNKNOWN | |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|
| | | | |

| Victim Type: | Student: Yes ☐  No ☑ | If Yes, Name of Victim's School: | LEOKA Activity Type: | LEOKA Assignment Type: |
|---|---|---|---|---|
| Individual | | | | |

Injuries: ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☑ Other     Used: ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

| Relationship To Offenders: | (1) RELATIONSHIP UN | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Offenses Involved: | (1) 1314 | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| | | | | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|
| | | | |

| Victim Type: | Student: Yes ☐  No ☐ | If Yes, Name of Victim's School: | LEOKA Activity Type: | LEOKA Assignment Type: |
|---|---|---|---|---|
| | | | | |

Injuries: ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other     Used: ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

| Relationship To Offenders: | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Offenses Involved: | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Name (Last, First Middle): | Moniker: | DOB: | Age: | Sex: | Race: | Ethnicity: |
|---|---|---|---|---|---|---|
| | | | | | | |

| Address | Home #: | Work #: | Cell #: | Email: |
|---|---|---|---|---|
| | | | | |

| SSN: | Resident Status: | HGT: | WGT: | Hair Color: | Hair Style: | Hair Length: | Eye Color: | OLN #: | State: |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Occupation: | Employer: | Address: | Employer Phone: |
|---|---|---|---|
| | | | |

| Victim Type: | Student: Yes ☐  No ☐ | If Yes, Name of Victim's School: | LEOKA Activity Type: | LEOKA Assignment Type: |
|---|---|---|---|---|
| | | | | |

Injuries: ☐ None ☐ Minor ☐ Internal ☐ Teeth ☐ Unconscious ☐ Lacerations ☐ Bones ☐ Other     Used: ☐ Drugs ☐ Alcohol ☐ Computer

SMTs:

| Relationship To Offenders: | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

| Offenses Involved: | (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|
| | (6) | (7) | (8) | (9) | (10) |

Plaintiff's Production 001292

| **DEKALB COUNTY POLICE DEPARTMENT**<br>**GA0440200**<br>OTHER PERSONS | Case #:<br>14-093671 |
|---|---|

| Involvement Type:<br>OTHER | Name (Last, First Middle):<br>MARTIN JACKIE | | Moniker: | | SSN: |
|---|---|---|---|---|---|

| Address | | | Home #: | Cell #: | Work #: |
|---|---|---|---|---|---|

| DOB: | Age:<br>01 | Sex:<br>F | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | OLN #: | State: | Used: ☐ Drugs  ☐ Alcohol  ☐ Computer |
|---|---|---|---|

| Occupation:<br>HOUSE CLEANING | Employer/School:<br>KNIGHTS INN | Address:<br>2859 PANOLA RD LITHONIA GA 30038- | Employer Phone: |
|---|---|---|---|

| Involvement Type:<br>OTHER | Name (Last, First Middle):<br>DOUGLAS AARON | | Moniker: | | SSN: |
|---|---|---|---|---|---|

| Address<br>5703 TREECREST PKWY 5703 DECATUR GA 30035- | | | Home #:<br>678-949-1140 | Cell #: | Work #: |
|---|---|---|---|---|---|

| DOB:<br>08-31-1984 | Age:<br>30 | Sex:<br>M | Race:<br>B | Ethnicity:<br>N | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | OLN #:<br>049404923 | State:<br>GA | Used: ☐ Drugs  ☐ Alcohol  ☐ Computer |
|---|---|---|---|

| Occupation: | Employer/School: | Address: | Employer Phone: |
|---|---|---|---|

| Involvement Type:<br>PARENT | Name (Last, First Middle):<br>CRUMBLEY DIANE BANKS | | Moniker:<br>MOTHER OF DUMAS | | SSN: |
|---|---|---|---|---|---|

| Address<br>463 MOUNT VISTA RD STONE MOUNTAIN GA 30087- | | | Home #:<br>770-981-2094 | Cell #: | Work #: |
|---|---|---|---|---|---|

| DOB:<br>09-16-1953 | Age:<br>60 | Sex:<br>F | Race:<br>B | Ethnicity:<br>N | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | OLN #:<br>026883955 | State:<br>GA | Used: ☐ Drugs  ☐ Alcohol  ☐ Computer |
|---|---|---|---|

| Occupation: | Employer/School: | Address: | Employer Phone: |
|---|---|---|---|

| Involvement Type: | Name (Last, First Middle): | | Moniker: | | SSN: |
|---|---|---|---|---|---|

| Address | | | Home #: | Cell #: | Work #: |
|---|---|---|---|---|---|

| DOB: | Age: | Sex: | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | OLN #: | State: | Used: ☐ Drugs  ☐ Alcohol  ☐ Computer |
|---|---|---|---|

| Occupation: | Employer/School: | Address: | Employer Phone: |
|---|---|---|---|

| Involvement Type: | Name (Last, First Middle): | | Moniker: | | SSN: |
|---|---|---|---|---|---|

| Address | | | Home #: | Cell #: | Work #: |
|---|---|---|---|---|---|

| DOB: | Age: | Sex: | Race: | Ethnicity: | Resident Status: | Hair Color: | Eye Color: | HGT: | WGT: |
|---|---|---|---|---|---|---|---|---|---|

SMTs:

| Email: | OLN #: | State: | Used: ☐ Drugs  ☐ Alcohol  ☐ Computer |
|---|---|---|---|

| Occupation: | Employer/School: | Address: | Employer Phone: |
|---|---|---|---|

Plaintiff's Production 001293

| DEKALB COUNTY POLICE DEPARTMENT<br>GA0440200<br>NARRATIVE | | Case #:<br>14-093671 |
|---|---|---|
| Officer ID/Name: | Date: | Approving Officer ID/Name: | Date: |

Title:        INITIAL REPORT

The following  entered the crime scene:Medic Unit #64, Fire Engine #14,Officer M.S.Bailey #3010, Sgt.V.Gamble #1666,Officer L.L.Edwards #3098, Officer C.Jones #3212,Capt.Johnson, Major Dedrick, Major Felon,y, CSI,Medical Examiners, Capt.Rutland,Officer Hardaway #2482, Chief Conroy, Chief Yarbrough and Levitt Funeral Home

At approximately 12:42 on 9/15/2014 I arrived at 2859 Panola Rd (Knights Inn) room #312 in reference to a double homicide.

Upon my arrival I met with EMS who advise that the two subjects inside were obviously deceased. I observed a female face down in a large amount of aged blood (coagulated, dry and dark brown) on the 2nd bed in the room, with a pillow over her head. There was a laptop next to her on the bed, upright in an open position, with the power still on and a vehicle browsing website open.The female subject has not yet been identified, but there was medication in the room with the name, Marquita Smith, on the prescription lable.

The male victim, Mr. Nathaniel O'Neal Dumas, was laying on his left side , on the floor, in a small area just behind the front door. Mr. Dumas was laying in a large amount of dried, dark brown blood with right hand covering the right side of his face. The bodies were not touched.Mr. Dumas was identified by EMS looking in his wallet (located on the first bed).

I then met with the downstairs neighbor in room #212 ,Mr. Aaron Douglas, who advised that a (approximately 60 year old) black male that Douglas identified as Dumas's friend drove up in a blue, late model minivan and went upstairs.Aaron stated that he could hear the man knock at the door several times.Aaron stated that the man was only there for several moments,no movement or talking was heard upstairs, then the man left shortly afterwards.

I then met with the mother, Ms. Diane B.Crumbley, who advised that she last heard fro her son, Dumas, on Friday 9/12/2014 (via phone). She stated that she made several attempts to contact him and was unable to. She became so concerned that she drove to the Knights Inn, but there was no answer at the door. Ms.Crumbley advised that she then got the Hotel manager, Mr.Yogi Patel and Housekeeping Ms. Jackie Martin and begged them to open the door because she knew something was wrong. Hotel manangement used a master key to gain entry. When the manager saw the woman on the bed he immediately called EMS and did not let Crumbley inside the room. Major Crime Division was contacted and responded to the scene for further investigation.

Plaintiff's Production 001294