# EXHIBIT D

In The Matter Of:
## *M.P. vs. Shiv Global*

Deposition Of:
## *Yogesh Ghadawala*

Taken On:
### *10/14/2024*

Pope Reporting & Video, LLC
2741 Pangborn Road
404-856-0966

www.popereporting.com



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

M.P.,

    Plaintiff,

                    CIVIL ACTION FILE

vs.

                    NO. 1:24-cv-01205-LMM

SHIV GLOBAL HOTEL, LLC d/b/a

KNIGHTS INN AND GLOBAL

MANAGEMENT & INVESTMENT

CORPORATION d/b/a KNIGHTS

INN,

    Defendants.

THE VIDEOTAPED DEPOSITION OF YOGESH GHADAWALA

October 14, 2024

12:51 p.m. to 6:23 p.m.

303 Peachtree Street NE

Suite 4000

Atlanta, Georgia

Reporter/Notary Public State of Georgia:

Maureen S. Kreimer, RPR, CRR

GA B-1379, TN LCR-061

Videographer: Henry Stewart

APPEARANCES OF COUNSEL:

On behalf of the Plaintiff:

    PATRICK J. HANNON, ESQ.

    The Stoddard Law Firm

    1534 N. Decatur Road

    Atlanta, Georgia 30307

    T: (470) 467-2200

    E: Pat@legalhelpga.com

On behalf of the Defendant:

    ELLIOTT C. REAM, ESQ.

    Hawkins Parnell & Young LLP

    303 Peachtree Street NE

    Suite 4000

    Atlanta Georgia 30308

    T: (404) 614-7400

    E: Eream@hpylaw.com

Also Present:

    Shauna Bates, paralegal The Stoddard Law Firm

(Pursuant to Article 10(B) of the Rules and Regulations of the Georgia Board of Court Reporting, a disclosure was made by the court reporter to all counsel present at the proceeding and a written copy is attached hereto.)

M.P. vs. Shiv Global                    Yogesh Ghadawala                    10/14/2024

INDEX OF EXAMINATION

YOGESH GHADAWALA

Examination by Mr. Hannon                    6

Examination by Mr. Ream                    279

Further Examination by Mr. Hannon    285

Further Examination by Mr. Ream      294

Further Examination by Mr. Hannon    296

Further Examination by Mr. Ream      296

M.P. vs. Shiv Global                    Yogesh Ghadawala                    10/14/2024

DESCRIPTION OF EXHIBITS

| PLAINTIFF'S EXHIBIT | DESCRIPTION | MARKED/FIRST IDENTIFIED |
|---|---|---|
| 2-A | Defendant Shiv Global Hotel, LLC's Responses to Plaintiff's First Interrogatories | 35 |
| 10 | October 7, 2023 email Ghadawala to Huckaby - Confidential M.P_ShivGlobalHotel0189 | 24 |
| 11 | Satellite Overhead color photo of hotel | 57 |
| 12 | Parking lot photo of hotel | 61 |
| 13 | Quality Assurance Evaluation Report WHRIKM-SHIV_0000001 - 0000024 | 84 |
| 14 | September 11, 2013 email Ghadawala to Global Payables with Revenue Detail attached - Confidential M.P_ShivGlobalHotel0153 -0154 | 115 |
| 15 | August 11, 2016 email Ghadawala to Patel with Manager's Daily Report attached - Confidential M.P_ShivGlobalHotel0149 -0152 | 130 |
| 16 | Multiple emails with payroll attachments - Confidential M.P_ShivGlobalHotel0206 -0218 | 137 |
| 17 | January 26, 2014 email Ghadawala to Z Raj Global with attachments - Confidential M.P_ShivGlobalHotel0175 -0179 | 143 |
| 18 | Customer review dated Feb 2015 | 165 |
| 19 | Deauntre Burnett guest room receipt (also marked State's Ex. 1) | 192 |

(Continued next page)

M.P. vs. Shiv Global                 Yogesh Ghadawala                        10/14/2024

DESCRIPTION OF EXHIBITS

| PLAINTIFF'S EXHIBIT | DESCRIPTION | MARKED/FIRST IDENTIFIED |
|---|---|---|
| 20 | Multiple customer care alerts - Confidential M.P_ShivGlobalHotel0163 -0174 | 195 |
| 21 | DeKalb County Police Incident Report - Case 14-093671 | 209 |
| 22 | Color photo of black male standing | 216 |
| 23 | Multiple DeKalb County Police Incident Reports | 229 |
| 24 | Color photo of black male seated | 265 |

| PREVIOUSLY MARKED EXHIBIT | DESCRIPTION | Page |
|---|---|---|
| 2 | Employee Handbook - Confidential M.P_ShivGlobalHotel0048 -0089 | 70 |
| 7 | July 3, 2024 email with attachments - Confidential M.P_ShivGlobalHotel0245 -0253 | 93 |
| 8 | Tripadvisor reviews | 156 |

(Original exhibits are attached hereto.)

THE VIDEOGRAPHER:  Today's date is October 14, 2024.  The time is 12:51 p.m. We're now on the record.  Will the court reporter please swear in the witness.

YOGESH GHADAWALA, having been first duly sworn, was examined and testified as follows:

REPORTER:  Thank you.  You can start, Counsel.

EXAMINATION

BY MR. HANNON:

Q.  Sir, what is your full legal name?

**A.  My first name is Yogesh.  And last name is Ghadawala.**

Q.  And how old are you, sir?

**A.  I'm 67 right now.**

Q.  Do you understand you're under oath today just as if we were in a courtroom?

**A.  Exactly, sir.**

Q.  Where are you currently employed?

**A.  Right now I'm not employed right now.**

Q.  You previously worked for?

**A.  Shiv Global.**

Q.  Shiv Global?

**A.  (Nods head affirmatively.)**

Q.   When, what time periods did you work for Shiv Global?

A.   I believe I am from since 2015 on with the Shiv Global.

Q.   Okay.   When did you stop working for Shiv Global?

A.   I think it is recently.   September we closed the property.

Q.   Okay.

A.   And the DOT.

Q.   Okay.

A.   So that's was it.

Q.   So you stopped working for Shiv in about September of 2024?

A.   That is correct, sir.

Q.   And you mentioned the DOT.   Why is -- well, let me back up.   We're here today about the Knights Inn that you used to manage?

A.   Yes, I'm aware.

Q.   And just so we're clear, whenever we say the "Knights Inn," I'm talking about the Knights Inn at 2859 Panola Road in Lithonia.

A.   Lithonia, yes, sir.

Q.   You understand?

A.   Yes, sir.

Q.  All right.  And you were the general manager there --

**A.  Correct.**

Q.  -- for many years?

**A.  Yeah.  Since beginning.**

Q.  Okay.  And it was closed in September. Tell me why it's closing.

**A.  Because the DOT is expand I-20.  So that is a part of the expansions.  The property is taken over by DOT, sir.**

Q.  Are you moving to another property managed by Shiv Global or Natson Group?

**A.  No, sir.**

Q.  Okay.  Do you have any plans for future employment?

**A.  No, sir.**

Q.  Okay.  Now, I know you've been deposed at least once before; right?

**A.  Yes, sir.**

Q.  How many times have you been deposed?

**A.  Like depositions?**

Q.  Yes.

**A.  Just one.**

Q.  Just one?

**A.  (Nods head affirmatively.)**

A.   When I'm at the property I -- I know any -- any ideas on that.

Q.   Okay.  So -- so if commercial sex was going on at the hotel, you had no idea; right?

A.   No.

Q.   Pardon?

A.   Commercial, if -- I'm staying at the property, sir.  If anything going on, I'm aware of that too.

Q.   So you're saying you are aware of?

A.   If it is there, then I must -- I'm -- I'm aware of that situation.

Q.   Okay.  Was it there?

A.   No.

Q.   Okay.  There was -- there was not commercial sex --

A.   No, sir.

Q.   -- at the Knights Inn?  There was no pimping at the Knights Inn?

A.   No, sir.

Q.   There was no prostitution at the Knights Inn?

A.   To my knowledge, no.

Q.   Okay.  In 2014, there was a double murder at the hotel; right?

A.   I don't recollect.  But I heard that one too --

Q.   Okay.

A.   -- right?

Q.   You don't remember the double murder?

A.   I'm not, that one right now.

(Plaintiff Exhibit 21 marked/identified.)

BY MR. HANNON:

Q.   Okay.  This is Exhibit 21.  It's -- it's a police report from September 15, 2014.  And on the first page it's got the victim listed.

A.   (Witness reviewing document.)

Q.   Yeah.  If you want to take a minute and read the --

A.   Read first.  room 312.  (Witness reviewing document.)  Yes, go ahead.

Q.   You remember this murder now?

A.   Yeah, I remember.

Q.   What do you remember about it?

A.   One of our housekeeper when went into the room and say in the morning, she come back and said that, hey, somebody get shot, one lady and one guy.  One lady was shot, also another one guy was there, and she just go for clean the room.  That time that's what in room 312 has happened.

Q.   Okay.  So the housekeeper you're talking about is Jackie Martin?

A.   Jackie Martin.  She do the service over there, when she opened the room, and she just come out to the front desk and she see me.  So I went up in, and at the same time we call 911 and let them know to come out.

Q.   Okay.  Well, this says Mrs. Crumbley advised that she then got the hotel manager Mr. Yogi Patel and housekeeping, Ms. Jackie Martin --

A.   Yes, that's --

Q.   -- and begged them to open the door.

A.   That's why I recollect it now.  Soon I see the room number, sir, I recollect it.

Q.   Okay.  So this woman came to you?  You remember her coming to you and begging you to open the door?

A.   Say one more time.

Q.   Do you remember this woman coming to you and begging you to open the door?

A.   Her mother, she -- she come up and asked me to open the door.  And I say I cannot open the door because I don't know, room is not under register.  And she said that it is missing for last three, four days or something.  And so that's what she came

**before our housekeeper came up.**

Q.  Okay.

**A.  So we just advise her that you need to call 911 and let them to come up then they can see that one.  Because we don't know that time that there is somebody shot in the room, sir.**

Q.  Okay.  So the first thing that happened was Ms. Crumbley came up to you and said I haven't seen my daughter in a few days, I'm worried, can you open this door?

**A.  Yes, sir.**

Q.  And you said sorry, I can't do that, you got to call 911?

**A.  Yes, sir.**

Q.  And then Ms. Martin opened the door to clean the room?

**A.  Jackie.  Ms. Jackie.**

Q.  Ms. Jackie Martin?

**A.  Yeah.  Mm-hmm (affirmative).**

Q.  Opened the door to clean the room.

**A.  She just opened the room.  As soon as she sees something, she shut the door and come back to the front and let me know that.  She was shivering, too, I still remember.  And for the whole year she won't go on that side either.  That's a separate**

**story.  But then after we call the 911.  And the 911 come out.  Then after we open the room.**

Q.  Okay.  How long between when Ms. Crumbley came and said hey, I'm worried about my daughter, and then when Ms. Jackie Martin came in?

**A.  By between two or -- two hours or something period of time, I'm still not wrong.**

Q.  Okay.  But when -- when you and she and the police opened the door again, there were -- there were two dead bodies in there?

**A.  That's the portion of -- I don't see the other body, but the lady's -- lady on other -- on the bed, she was -- she was shot.  That's what we see that one.**

Q.  Okay.

**A.  But then officer came because then they figure out that other male guy was shot there too.**

Q.  I didn't --

**A.  The other man was shot also.  But I personally see only one lady first time --**

Q.  Okay.

**A.  -- when.**

Q.  But -- but eventually they discovered two bodies in the room?

**A.  Yes, sir.**

Q.   Okay.  And one was this, on the first page, this Nathaniel O'Neal Dumas?

A.   **I don't remember the name.  But this I hear --**

Q.   Okay.

A.   **-- maybe whatever the name there.**

Q.   Okay.  But that's what the police report --

A.   **Yes, sir.**

Q.   -- says?

A.   **Yes, sir.**

Q.   And then another victim is Marquita Smith? On the second page?

A.   **Which one?**

Q.   On page 2 it's got Marquita Smith.

A.   **Marquita.  I see it.  Mm-hmm (affirmative).**

Q.   So it was a man and a woman who were the victims?

A.   **Say -- the woman?**

Q.   Yeah.  The victims were a man and a woman?

A.   **You talking about Smith Marquita?**

Q.   Yes.

A.   **Which victim you talking about?**

Q.   I'm asking about them both.  All right.  So the first victim was Nathaniel Dumas?

A.   **Yes.**

Q.  Second victim is Marquita Smith?

**A.  Yes, sir.**

Q.  Okay.  So a man and woman were killed in the same, same room?

**A.  Yes, sir.**

Q.  It sounds like you're saying the room was registered not to Marquita Smith, because it's her mom who came and talked to you?

**A.  Yes, sir.**

MR. REAM:  Object to the form.

BY MR. HANNON:

Q.  All right.  And you said no, it's not in her name, I can't -- I can't do anything.

All right.  Did you ever do a follow-up interview with DeKalb County about this incident?

**A.  They investigated.  We work on that, we just come up for the videos or anything.**

Q.  Okay.

**A.  And that's all I have.**

Q.  Did you give him the videos?

**A.  We have the surveillance video we give them.**

Q.  Okay.

**A.  They coming up after that.  I think that they -- they coming up and take everything to that.**

**for the weekly coming in.**

MR. REAM:  Got it.  Thank you, sir.

MR. HANNON:  No more questions.

THE WITNESS:  Thank you.

THE VIDEOGRAPHER: 6:23 p.m., we're off the record.

(Deposition concluded at 6:23 p.m.)

(Signature reserved.)

The following reporter and firm disclosures were presented at this proceeding for review by counsel:

REPORTER DISCLOSURES

The following representations and disclosures are made in compliance with Georgia Law, more specifically:

Article 10(B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms) O.C.G.A. 9-11-28(c) (disqualification of reporter for financial interest).

O.C.G.A. 15-14-37(a) and (b) (prohibitions against contracts except on a case-by-case basis).

- I am a certified reporter in the State of Georgia.

- I am a subcontractor for Pope Reporting & Video.

- I have been assigned to make a complete and accurate record of these proceedings.

- I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.

- I have no direct contract with any party in this action and my compensation is determined solely by the terms of my subcontractor agreement.

FIRM DISCLOSURES

- Pope Reporting & Video was contacted to provide reporting services by the noticing or taking attorney in this matter.

- There is no agreement in place that is prohibited by O.C.G.A. 15-14-37(a) and (b).  Any case-specific discounts are automatically applied to all parties, at such time as any party receives a discount.

- Transcripts:  The transcript of this proceeding as produced will be a true, correct and complete record of the colloquies, questions, and answers as submitted by the certified court reporter.

- Exhibits:  No changes will be made to the exhibits as submitted by the reporter, attorneys, or witnesses.

- Password-Protected Access:  Transcripts and exhibits relating to this proceeding will be uploaded to a password-protected repository, to which all ordering parties will have access.

R E P O R T E R ' S   C E R T I F I C A T E

STATE OF GEORGIA:

COUNTY OF CHEROKEE:

I, Maureen S. Kreimer, a Georgia Certified Court Reporter and Notary Public for the State of Georgia, hereby certify that the witness was duly sworn by me, and that the foregoing proceeding took place before me at the time and place herein set out.  I further certify that the proceeding was written by me in machine shorthand and I thereafter reduced said testimony to typewritten form; that the foregoing pages 6 through 298 represent a true, complete, and correct transcript to the best of my knowledge and ability.

I further certify that I am not of kin or counsel to any reporting agency, counsel, party or involved party to this matter, nor am I in any way interested in the outcome of this action.

This, the 25th day of October, 2024.

-----------------------------------------
MAUREEN S. KREIMER, CCR-B-1379
Notary Public in and for the
State of Georgia.  My Commission
Expires August 14, 2028