IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GREAT AMERICAN
ALLIANCE INSURANCE
COMPANY,

Plaintiff,

v.

GLOBAL MANAGEMENT &
INVESTMENT CORPORATION,
SHIV GLOBAL HOTEL, LLC,

Defendants.

CIVIL ACTION FILE NO.
1:25-CV-00375-SEG

**DEFENDANTS GLOBAL MANAGEMENT & INVESTMENT
CORPORATION AND SHIV GLOBAL HOTEL, LLC'S MOTION TO
DISMISS PLAINTIFF'S AMENDED COMPLAINT**

COME NOW, Defendants Global Management & Investment Corporation

("Global Management") and Shiv Global Hotel, LLC ("Shiv"), by and through their

undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(1) and

12(b)(6), move to dismiss Plaintiff Great American Alliance Insurance Company

("Great American")'s Amended Complaint (Doc. 31). In support of this Motion,

Global Management and Shiv file their Memorandum in Support of their Motion to

Dismiss Plaintiff's Amended Complaint contemporaneously herewith.

WHEREFORE, for the reasons set forth in their accompanying Memorandum,

Global Management and Shiv request that the Court (1) grant the present Motion;

1

(2) dismiss Great American's Amended Complaint, and (3) provide such other relief as the Court deems just and proper.

Respectfully submitted this 27th day of April, 2026.

*/s/ D. Austin Bersinger*
D. Austin Bersinger
Georgia Bar No. 144792
David J. Sandefer
Georgia Bar No. 268834
BARNES & THORNBURG LLP
3340 Peachtree Road N.E., Suite 2900
Atlanta, Georgia 30326
Tel. (404) 846-1693
Fax (404) 264-4033
Email: austin.bersinger@btlaw.com
Email: dsandefer@btlaw.com

*Counsel for Global Management &*
*Investment Corporation and Shiv*
*Global Hotel, LLC*

3

# <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned certifies that this document

has been prepared in accordance with Local Rule 5.1(B).

*/s/ D. Austin Bersinger*
D. Austin Bersinger
Georgia Bar No. 144792

3

## CERTIFICATE OF SERVICE

I hereby certify on April 27, 2026, I served a copy of the within and foregoing DEFENDANTS GLOBAL MANAGEMENT & INVESTMENT CORPORATION AND SHIV GLOBAL HOTEL, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT upon all counsel of record in this matter by electronically filing a copy of same with the Court's CM/ECF system.

/s/ D. Austin Bersinger
D. Austin Bersinger
Georgia Bar No. 144792

4